IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ONSTREAM MEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BUILDSCALE, INC. d/b/a VIDYARD,<br><br>Defendant. | Case No. 6:21-cv-00554-ADA |

**NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF COMPLAINT PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)</u>**

Plaintiff, Onstream Media Corporation, hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):

1. Onstream Media Corporation filed its complaint in the above-entitled action against Buildscale, Inc. d/b/a Vidyard ("Defendant") on June 1, 2021.

2. Defendant has not served an answer or motion for summary judgment in this action.

3. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Accordingly, Onstream Media Corporation hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Dated:  October 12, 2021	Respectfully submitted,

*/s/Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
Tel/Fax: 512-865-7950

Attorneys for Plaintiff